

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: ROSP-24-Reg-00012

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Crosby, Brandon
**Offender Name (Last Name, First)**

L779544
**Offender Number**

C-305
**Housing Assignment**

MDT, Um Collins, Lt. Fleming s, Ipm, Duncan
**Individuals Involved in Incident:**

12/19
Status Review Done on 12/19
**Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below)
- [ ] *Written Complaint* on this issue attached
- [x] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

On 7/19 I was Denied my level, with a rationale saying that I didnt participate. Now since 7/27 I have only Been found guilty of one charge on 8/25 (a 120 B). The month of August I had one Charge, the month of september no Charges and October none. On 10/16/23 my Books Um Collins said I will Be on sm-o till I Do Book 1 and 2 and my Behavior improves. My Books are Done and in the last four months I have only Been found Guilty of 1 Charge. The Charges for 11/15, 11/16 and 11/17 all are pass the 30 days to Do the hearing, So only have The 205A and 120 B pending. I was supposed to get my level in October.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

Be given my Status, Because I have Done what I have needed.

Received from

FEB 2 2 2024

Regional Office

**Offender Signature**

12/20/23 Given to Sgt Taylor @ 8:49am
**Date**



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the foll[ ing reason(s))

☐ **Non-Grievable:**
    ☐ Disciplinary hearing decisions, penalties and/or procedural errors
    ☐ Regular Grievance Intake Decisions
    ☐ Limitation Decisions
    ☐ State and Federal laws, regulations, and court decisions
    ☐ Policies, procedures, and decisions of other agencies
    ☐ Issues yet to occur
    ☐ Beyond the control of the Department of Corrections

☐ **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally.

☐ **Limited:** You have been limited by the Facility Unit Head, and this grievance is in exc[ is of your limit.

☐ **Expired Filing Period:** You must submit your grievance within 30 of the original inc[ ent or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orie[ ation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance #*

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf; [ u cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☐ **Informal Complaint Process:** Your issue submitted on this grievance is not the sam[ issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint[ ocess. You must first submit a *Written Complaint* on this issue.

☐ **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assa[ ). You must provide the following information within 5 days before the grievance can be processed: _____

_____

☐ **Request for Services:**

**Institutional Ombudsman Signature** | **Date**

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an a[ eal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)
**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

☐ The intake decision is being upheld in accordance with Operating Procedure 8[ 1, *Offender Grievance Procedure.*
☐ The intake decision is being overturned and the grievance is being returned to[ : Facility Unit Head for response.
☐ The intake decision is being returned to you because the 5-day time limit for r[ ew has been exceeded.

**Regional Ombudsman Signature** | **Date**

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grie[ nce, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit thi[ ame issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____ Date: _____

**Staff Witness:** _____ Date: _____



Virginia Department of Corrections

## Grievance Receipt

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 01/09/2024 at 02:33 PM

Grievance Number: ROSP-24-REG-00012

Written Grievance Number:

Next Action Date: 02/08/2024 12:00 AM

| On this date: | 01/09/2024 | | I have received a statement from: |
|---|---|---|---|
| Crosby, Brandon L | 1779544 | of | Red Onion State Prison<br>C-3-305-B |
| (Offender Name and DOC#) | | | (Filed Location and Housing) |
| Setting out the following complaint: | | | |
| I am appealing my Status Review. | | | |
| | | | |
| (Signature) | | | (Title) |



Page 1 of 1

*Recieved on 2/7/24 By Co Baker*



Virginia Department of Corrections

**Offender Grievance Response - Level I**

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 02/02/2024 at 10:39 AM

---

| | |
|---|---|
| **Offender Name:** Crosby, Brandon L | **DOC #**1779544 |
| **Current Location:** Red Onion State Prison | **sing:** C-3-305-B |
| **Filed:** Red Onion State Prison | |
| **Finding:** Unfounded | **Finding Reason:** |
| **Grievance Number:** ROSP-24-REG-00012 | **Written Grievance Number:** |

**LEVEL I:    Level 1 Response**                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you stated that are appealing your Status Review.

**Investigation:** UM Collins states, "You will not advance to SM-1 until your behavior improves. You have several pending. You need to hold yourself accountable for your actions."

**Procedure/Practice: 830.1 Institutional Classification Management**

In accordance with the above information, this grievance is considered **UNFOUNDED**, as procedures were properly applied. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

Level I Respondent Signature *Rick White, Warden*                Date  *2-5-24*

I wish to appeal the Level I response because: Since 7/27 I have Been found guilty of 1 Charge which is a 120 B, which I plead guilty too. I have Been every other Charge, they have Been Dismissed. This is Cruel and unusual punishment and retaliation for my litigation, Because I am "Being held" from exceling to my next level with no penological intrest or valid Due process. If Charges were Dismissed my level Should have Been given to me and they where So? procedure was ignored and personal feelings were attached

Offender Signature _____                Date  2/12/24

Received from
FEB 2 2 2024
Regional Office



Virginia Department of Corrections

**Offender Grievance Response - Level II**

DOC Location:

Report generated by Meade, C

Report run on 02/12/2024 at 12:00 PM

---

**Offender Name:** Crosby, Brandon L

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Grievance Number:** ROSP-24-REG-00012

**DOC #**1779544

**Housing:** C-3-305-B

**Finding Reason:**

**Written Grievance Number:**

---

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded**. I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

---

| Regional Administrator | Date |
|---|---|
| Thomas Meyer RA/MB | 2/14/2024 |

Received from
FEB 2 2 2024
Regional Office

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 800 13 6-21

## Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*
- You may file a *Regular Grievance* if you do not receive a response within 15 days
- You are not required to submit a *Written Complaint* for alleged incident   sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| | | |
|---|---|---|
| Brandon Crosby | 1776544 | C-305 |
| Offender Name | Offender Number | Housing Assignment |

Von Collins, C-Building Lt., Trent                          2/14/24
Individuals Involved in Incident                          Date/ Time of Incident

TO: ___Institutional Classification_____

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I was served an 90 Day Lt hearing notification and I put Down Both hearing officers as witnesses Because I have only Been found Guilty of 1 charge Since 7/27/23. I have yet to have it, (ICA), and the hearing officers are refusing to come to it or give a statement regarding why my charges havent Been Dismissed past the 30 Day Deadline to hold a hearing. I am Being unlawfuly Punished and Denied adequate Due process.

Offender Signature: ___w/o prejudice_____          Date: 2/14/24

**Offenders - Do Not Write Below This Line**   S.o @7:05 pm   To: Sgt.

Date Received: 2/20/24     Response Due: 3/6/24   Log Number: ROSP-24-WRI-00975

Assigned to: ___umC → AmA_____

**Action Taken/Response:**

At this time, you have 8 pending hearings. All others discip® mentioned in this complaint will be dismissed. Your Counselor has been notified of your pending hearings for your upcoming review.

___[signature]___                    K Diets AMA                    2/27/24
Respondent Signature              Printed Name and Title

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint  I understand that I may resubmit this same issue once annually once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____

Staff Witness: _____

Received from Regional Office  MAR 2 1 2024

RECEIVED OMBUDSMAN MAR 1 1 2024 SERVICE UNIT WESTERN REGION

VIRGINIA DEPARTMENT OF CORRECTIONS                    *Revision Date: 6/21/21*

Exhibit-2(B)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if yc · · . ·nce is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grie· . ·will only receive a response to the exact same issue addressed through the informal complaint process. All other issu·. · ·· ·forwarded to appropriate staff for investigation and resolution.

Brandon Crosby
**Offender Name** (Last Name, First)

1774544
**Offender Number**

C-305
**Housing Assignment**

Um Collins, C-Building Lt. Trent
**Individuals Involved in Incident:**

2/14/22
**Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below)
- [ ] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I was Served an 90 day ICA hearing Notification and I put Down Both H.o's as witnesses Because I have only Been found guilty of 1 Charge Since 7/27/23. I had my ICA On 2/14/22 almost 30 days after notice was signed. My wittnesses werent present and refused to give a Statement per policy. I'm Still SMC when for my last 2 reviews Ve had my Books Done and only have Been "Meat not found Guilty of 1 Charge? I am Being Unlawfuly punished and Denied Adequate Due process

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To Be given my priviloges.

Received from
MAR 12 2024
Regional Office

RECEIVED
OMBUDSMAN
MAR 11 2024
SERVICE UNIT
WESTERN REGION

w/a Prejudice
**Offender Signature**

2/29/24  S-a @6:45pm
**Date**
To: Sgt Hodge



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☒ | **Non-Grievable:**<br>☒ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections     *Utilize the disciplinary appeals process* |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services:** |

RECEIVED
MAR 0 8 2024
Grievance
Dept.

**Institutional Ombudsman Signature** _____ **Date** 3/8/24

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

Regional Review of Intake Decision: The Regional Ombudsman's decision is final

| | |
|---|---|
| ☒ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |

**Regional Ombudsman Signature** _____ **Date** 05/11/2024

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____ **Date:** _____

**Staff Witness:** _____ **Date:** _____





VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request  801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: __Brandon Crosby__    DOC Number: __1779544__

Housing Unit __C-305__    Date: __3/10/24__

To: __Regional Ombudsman__ or _____
Staff Member Name            Department

Request For:  ☐ Appointment  ☐ Information  ☐ Services  Other: ☒ __Intake Appeal wri - 00975__

Summary (Please Print): __I am appealing this intake Decision Because me Being__
__Denied my level Because of pending Charges that they know has to__
__Be Dismissed has nothing to do with the Disciplinary Process. The ICA Team__
__knows the Charges where past the Date for hearing to be held but Still__
__held me on Smo for the Second time. They Should Be knowledgeable__
__enough to make there own independent Decision.__

_KJR w/prejudice_

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No    Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

our grievan...
grievance, you w
...ues will be forw:

Staff Respondent Name            Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 2/15/22



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

## Regular Grievance

ROSP-24-Reg-00183
Log Number:

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Offender Name (Last Name, First): Crosby Brandon
Offender Number: 1779544
Housing Assignment: C-305

Individuals Involved in Incident: UM Collins, ICA Administration, Lt. Meade,
Date/Time of Incident: 3/3/24 · 2/22/24 @ approx 3 pm

**Results of the Informal Complaint Process** (Select one of the below)

☐ *Written Complaint* on this issue attached
☑ Other documentation used to satisfy the informal complaint process is attached
☐ Informal complaint process is not required for this issue

✱Save Video✱

5 ICas Docilh 1 Charge
7 Request ✱All Attached

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

✱ See Attached

On 12/15/22 ✱ I was given my level Sm-1 now from there my 90 day Reviews go 3/15/23, 6/15/23, 9/15/23, 12/15/23, 3/15/24. For 3/15/23, 6/15/23 I was Denied for not Particapating and Charges. Since 7/27/23 I Been found guilty for 1 Charge which is a 120B I plead guilty to at the hearing on 8/25/23 (See Attached). Per OP This is my review Dates Not when Staff feel its Convienent for them. (viz. 830.1.) I have Completed my Books and have only Been found guilty of 1 Charge in almost 8 months and 7 months with none? Also Some of my ICAs Were Approved by a Lt instead of A UM per OP, An my other ICAs were Done Diffrent and On Camera. I have 3 Reviews with no Charges and now I am Being held and punished Due to my Current litigation and excercising my first Amendment Right. They Dent even Do programs But holding me in it???

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To Be given a fair opportunity out of this "program"

Received from
APR 3 0 2024
Regional Office

RECEIVED
OMBUDSMAN
APR 15 2024
SERVICE UNIT
WESTERN REGION

Offender Signature: c/o prejudice
Date: 3/3/24     S.o @9:03 pm To: Sgt. cacbran



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_10-20

---

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services:** |

---

**Institutional Ombudsman Signature**                               **Date**

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure.* |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

---

**Regional Ombudsman Signature**                               **Date**

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____        **Date:** _____

**Staff Witness:** _____        **Date:** _____



Virginia Department of Corrections

## Grievance Receipt

C508

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 03/12/2024 at 01:03 PM

Grievance Number: <u>ROSP-24-REG-00183</u>

Written Grievance Number:

Next Action Date: <u>04/11/2024 12:00 AM</u>

| On this date: | 03/12/2024 | | I have received a statement from: |
|---|---|---|---|
| | | | Red Onion State Prison |
| Crosby, Brandon L | 1779544 | of | C-3-305-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

I am appealing my ICA status. I have completed my books and have been found guilty of 1 charge in almost 8 months and 7 months with none. I have 3 reviews with no charges and now I am being held and punished due to my current litigation.

| | |
|---|---|
| *(Signature)* | *(Title)* |



Page 1 of 1



Virginia Department of Corrections

**Institutional Classification Authority Hearing**

DOC-11H

DOC Location: Red Onion State Prison

Report generated by Kegley, R

Report run on 01/17/2023 at 01:37 PM

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison | Bed Assignment: Medical-Med-5-B |
|---|---|---|---|

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 12/14/2022 for Internal Status

Comments: Internal Status - SM1

Authorizing Staff                              Date & Time

Hearing Date:

Offender Statement: Inmate waived rights to 48 hour notice and wished not to attend hearing.

Reporting Staff Comments: Recommend inmate's SM0 status be changed to SM1 based on inmate's recent positive behavior and participation in the RHU journals.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 1

Rationale: Recommend inmate's SM0 status be changed to SM1 based on inmate's recent positive behavior and participation in the RHU journals.

ICA: Miller, Eric A                              Date: 12/13/2022

**Administrative Review:**

Decision: Approve                              Internal status change to Special Management 1

Collins, Larry R                              Date: 12/15/2022

Comments: Approve SM0 status be changed to SM1 based on inmate's recent positive behavior and participation in the RHU journals.





Virginia Department of Corrections

**Institutional Classification Authority Hearing**

*Exhibit 3 (b)*

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Kegley, R
Report run on 05/30/2023 at 11:02 AM

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison | Bed Assignment: D-4-410-B |
|---|---|---|---|

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 05/01/2023 for Internal Status

Comments: 90 Day Formal ICA Hearing

Authorizing Staff                                    Date & Time

Hearing Date: 05/02/2023

Offender Statement: You need to make a decision about my status want to be present.

Reporting Staff Comments: ICA recommends SL "S." The 48 hour notice was not waived. Inmate Crosby participated in the hearing. He will remain in SM1 status due to receiving excessive charges during the review period.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 1

Rationale: ICA recommends SL "S." The 48 hour notice was not waived. Inmate Crosby participated in the hearing. He will remain in SM1 status due to receiving excessive charges during the review period.

| ICA: Fleming, Jordan T | Date: 5/11/2023 |
|---|---|

**Administrative Review:**

Decision: Approve                    Internal status change to Special Management 1

Collins, Larry R                     .Date: 5/11/2023

Comments: Remain security level S.  Inmate Crosby needs improve his behavior to advance to SM-2.





Virginia Department of Corrections

D410

Exhibit 3(E)

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Kegley, R

**Institutional Classification Authority Hearing**

Report run on 07/21/2023 at 01:14 PM

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison | Bed Assignment: ~~D-4-410-B~~ |
|---|---|---|---|

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 07/11/2023 for Internal Status

Comments: 90 Day ICA Hearing

Authorizing Staff                          Date & Time

Hearing Date: 07/13/2023

Offender Statement: My charges for why they took my level have to be dismissed. They have to give my level.

Reporting Staff Comments: ICA recommends SL "S." The 48 hour notice was not waived. Inmate Crosby participated in his formal hearing. He will continue in SM0 status with no progression due to his refusal to participate in the programs.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 0

Rationale: ICA recommends SL "S." The 48 hour notice was not waived. Inmate Crosby participated in his formal hearing. He will continue in SM0 status with no progression due to his refusal to participate in the programs.

| ICA: Barton, Matthew B | Date: 7/17/2023 |
|---|---|

**Administrative Review:**

| Decision: Approve | Internal status change to Special Management 0 |
|---|---|
| Turner, Dwayne A | Date: 7/19/2023 |

Comments:



Hou
Page 1 of 1



Virginia Department of Corrections

**Institutional Classification Authority Hearing**

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Trent, M D
Report run on 11/09/2023 at 02:05 PM

---

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison | Bed Assignment: C-3-309-B |

---

### Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 10/03/2023 for Internal Status

Comments: 90 Day ICA Hearing

Authorizing Staff                          Date & Time

Hearing Date: 10/04/2023

Offender Statement: " My Charges were supposed to be dismissed mine wasn't supposed to be taken."

Reporting Staff Comments: ICA recommends SL "S." Inmate Crosby did not waive the 48 hour notice. He participated in his formal hearing. Inmate Crosby will continue in SM0 status due to incompletion of books and he obtained excessive charges in his current status.

### Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 0

Rationale: ICA recommends SL "S." Inmate Crosby did not waive the 48 hour notice. He participated in his formal hearing. Inmate Crosby will continue in SM0 status due to incompletion of books and he obtained excessive charges in his current status.

ICA: Massingill, Joshua R                      Date: 10/10/2023

**Administrative Review:**

Decision: Approve                      Internal status change to Special Management 0

Collins, Larry R                      Date: 10/12/2023

Comments: Remain security level S. Inmate Crosby's behavior is deplorable and will not advance to SM-1 until he completes books #1 & #2 of the challenge series and improves his behavior.





Virginia Department of Corrections

**Institutional Classification Authority Hearing**

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Trent, M D
Report run on 02/27/2024 at 10:06 AM

| | | | |
|---|---|---|---|
| **Offender Name: Crosby, Brandon L** | **DOC#: 1779544** | **DOC Location: Red Onion State Prison** | **Bed Assignment: C-3-305-B** |

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 01/31/2024 for Internal Status

Comments: 90 day

Authorizing Staff                    Date & Time

Hearing Date: 02/22/2024

Offender Statement: Inmate did not waive 48-hour notice and wants to attend.
Inmate also requested HO Adams and HO Ramey to attend, however 2/6/2024 they declined to participate.
At hearing Inmate Crosby stated that he did not want staff to continue the ICA.

Reporting Staff Comments: Inmate Crosby will remain SM0 at this time due to several pending charges. At this time, Inmate Crosby has 16 infractions since 11/16/2023 that are either pending a hearing or a penalty offer.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 0

Rationale: Inmate Crosby will remain SM0 at this time due to several pending charges. At this time, Inmate Crosby has 16 infractions since 11/16/2023 that are either pending a hearing or a penalty offer.

ICA: Meade, David H                    Date: 2/22/2024

**Administrative Review:**

Decision: Approve                    Internal status change to Special Management 0

Meade, David H                        Date: 2/22/2024

Comments: Inmate Crosby will remain SM0 at this time due to several pending charges. At this time, Inmate Crosby has 16 infractions since 11/16/2023 that are either pending a hearing or a penalty offer.



Received from
APR 3 0 2024
Regional Office

RECEIVED OMBUDSMAN SERVICE UNIT WESTERN REGION
APR 15 2024

Case Number: ROSP-2023-2309
Facility: Red Onion State Prison

Offender Name: Crosby, Brenon
Reference:

Housing:

Exhibit 3 (H)

**OFFENDER'S PLEA AND RIGHTS**

Hearing Location: Red Onion State Prison

Date: 09/28/2023    Time: 9:53 AM

Plea: [X] Guilty    [ ] Not Guilty    [ ] No Plea

Advisor at hearing: Staff

Reason for absence/exclusion of the accused offender:

| | Yes | No |
|---|---|---|
| Was the Reporting Officer present at the Disciplinary hearing? | [X] Yes | [ ] No |
| Has there been a denial of requested witnesses? | [ ] Yes | [X] No |
| Has there been a denial of Documentary Evidence Forms? | [ ] Yes | [X] No |

**DECISION OF THE HEARINGS OFFICER**

[X] Guilty    [ ] Not Guilty    [ ] Dismissed    [ ] Accepted Penalty Offer within 24 Hours of Service

[ ] Informal Resolution    [ ] Reduced to Lesser-Included Offense    [ ] Reduced Penalty

[ ] Vacated - Offender waived rewrite/reserve of offense    [ ] Vacated for Rewrite/Re-serve

[X] For the charge of:    Offense Title: 120B - Tampering with Security Materials, Devices, or Equipment

[ ] For the Lesser Included Offense of:    Offense Title:

Reason for Decision: Inmate Crosby pled guilty to ROSP-2023-2309.

Penalty: 4a - Fine up to $15 - Imposed Value: 10 Dollars

Comment:

Hearing Officer's Signature:    Date: 09/28/2023

Print Name: Adams, J.R

**INSTITUTIONAL REVIEW:**

[ ] Approved    [ ] Dismissed    [ ] Suspended Penalty    [ ] Informal Resolution

[ ] Reduced Penalty    [ ] Rehear    [ ] Reduced to Lesser-Included Offense

[X] For the charge of:    Offense Title: 120B - Tampering with Security Materials, Devices, or Equipment

[ ] For the Lesser Included Offense of:    Offense Title:

Comments:

Penalty: 4a - Fine up to $15 - Imposed Value: 10 Dollars

Signature:    Date:

Print Name:    Title:

Received from Regional APR 3 0

RECEIVED OMBUDSMAN APR 1 5 2025 SERVICE UNIT WESTERN REGION

S-B

VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_10-21

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals

Name: Brandon Crosby                                DOC Number: 1279544

Housing Unit  C-305

To:  Trent _____ or  Counselor _____
     Staff Member Name                         Department

Request For:  ☐ Appointment  ☑ Information  ☐ Services  Other: _____

Summary (Please Print): Provide me with an pending Charges that are . Still pending please. And My Doc # h. Thanks.

Do not attach additional pages and do not write below this line

w/o prejudice S-0 @ 7:25 Pm To: Sgt Taylor

## Facility Response

Request sent to correct department ☐ Yes ☐ No          2/27/2024 - 111B
Request was rerouted to  14 + 4 = 23

Inmate seen ☐ Yes ☐ No

Response:                    Ⓓ= Dismisset                Received 12/24/2024

11/16/2023 - 111AⒹ                                        102AⒹ
            224Ⓓ         Pending hearing Regional Office  129 Ⓓ
            120BⒹ                                         201AⒹ
11/17/2023  111A  198BⒹ                                   137BⒹ
12/5/2023   205A Ⓓ pending penalty officer                137AⒼ
12/9/2023   120BⒹ                                         237AⒹ
12/20/2023  120BⒹ     pending hearing  1/23/2024 - 228Ⓓ
            205A Ⓓ
Staff Respondent Name                                     Date of Response

*Exhibit-3(J)*



VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_2-22

# Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _____Crosby_____     DOC Number: _____

Housing Unit _____     Date: _____

To: _____ or _____
    Staff Member Name                      Department

Request For:  ☐ Appointment   ☐ Information   ☐ Services   Other: _____

Summary (Please Print): _____
— Charges from review period
5/2023 to present

**Do not attach additional pages and do not write below this line**

## Facility Response

Request sent to correct department ☐ Yes ☐ No                 Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

| | |
|---|---|
| 5/19 - 212 | 31 - 201A    7/17 - 217 |
| 5/25 - 120B | 11 - 120B    7/22 - 222 |
| 201A | 222    7/23 - 100/198D |
| 239A | 6/14 - 201A    8/25 - 120B |
| 100/198D | 7/6 - 124    11/15/29/198D |
| | 7/14 - 111A    11/16 - 111A |
| | 233A    11/17 - 111A/198D |

APR 30 2024 Regional Office

Received from FEB 2 2 2024

Dismissed

Staff Respondent Name                          Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS          Revision Date 2/15/22

Pending [ 12/5 - 205A
         [ 12/9 - 120B



Virginia Department of Corrections

**Offender Grievance Response - Level I**

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 04/03/2024 at 04:57 PM

---

**Offender Name:** Crosby, Brandon L

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Grievance Number:** ROSP-24-REG-00183

**DOC #**1779544

**Housing:** C-3-305-B

**Finding Reason:**

**Written Grievance Number:**

---

LEVEL I:     Level 1 Response                              (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you stated that you are appealing your ICA status. You have completed your books and have been found guilty of 1 charge in almost 8 months and 7 months with none. You have 3 reviews with no charges and now your are being held and punished due to your current litigation.

**Investigation:** UM Collins stated, "You have several charges pending that prevents you from advancing. You have had several charges dismissed due to procedural errors. All charges from January 2024 till now are still pending."

**Procedure/Practice: 830.1 Institutional Classification Management**

In accordance with the above information,

this grievance is considered **UNFOUNDED,** as procedures were properly applied. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

---

| Level I Respondent Signature | Date |
|---|---|
| _David Anderson - Wade_ | 4-11-24 |

I wish to appeal the Level I response because: I am Appealing this Decision Because all Charges From my review must Be Dismissed, from 9/15/23 - 12/15/23 all my Charges were Dismissed, 12-15-23 - 3-15-24, I have Been found guilty of 1 Charge for that review. Also per 830.1 The only Charges that matter are the Charges Caught During the review. There are no Charges that are pending for the review in October. Therefore this is why I Disagree with this Decision, Because All Charges for 10/4/23 review are all Dismissed in out of its span, my ICA are Being Done with gross negligence and out of the time frame, So

Offender Signature _w/o prejudice_                     Date 4/12/24

I Should atleast given SmA. Charges were Dismissed" period

Received from
APR 30 2024
Regional Office

RECEIVED
OMBUDSMAN
APR 15 2024
SERVICE UNIT
WESTERN REGION

Page 1 of 1



Virginia Department of Corrections

DOC Location:

## Offender Grievance Response - Level II

Report generated by Meade, C

Report run on 04/15/2024 at 10:12 AM

---

**Offender Name:** Crosby, Brandon L

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Grievance Number:** ROSP-24-REG-00183

**DOC #**1779544

**Housing:** C-3-305-B

**Finding Reason:**

**Written Grievance Number:**

---

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded**. I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

---

| Regional Administrator | Date |
|---|---|
| Thomas Muple RA MB | 4/23/2024 |

Received from
APR 3 0 2024
Regional Office



VIRGINIA
DEPARTMENT OF CORRECTIONS

Exhibit 4(A)

Written Complaint 866_F3_6-21

# Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| | | |
|---|---|---|
| Brandon Crosby | 1774544 | C-305 |
| Offender Name | Offender Number | Housing Assignment |
| Hearings Officer Barney, Adams | | 4/29/24 |
| Individuals Involved in Incident | | Date/ Time of Incident |

TO: IDM

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I have Been writing the Hearings office Attempting to recieve the disposition of my Charges and havent recieved no response to any request sent. This is a Constant issue with the Hearings office.

Offender Signature: _____ C/Justice    Date: 4/30/24

**Offenders - Do Not Write Below This Line**    5:0 @ 08 Am To 1:55f.830

Date Received: 5/7/24    Response Due: 5/22/24    Log Number: ROSP-24-WRI-02573

Assigned to: IHO

**Action Taken/Response:**

You will receive disposition of charges as they are processed.

| | | |
|---|---|---|
| ✗ Out | K Dietz AMA | 5/17/24 |
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

Received from
Regional Office
RECEIVED
JUL 0 8 2024
IN SERVICE

VIRGINIA DEPARTMENT OF CORRECTIONS    *Revision Date: 6/21/21*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_11 11-20

## Regular Grievance

ROSP-24-Reg-00381
Log Number:

### Instructions for Filing:

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Crosby Brandon
Offender Name (Last Name, First) ·

1779544
Offender Number

C-305
Housing Assignment

T·H·O Ramey, A Dams
Individuals Involved in Incident:

4/29/24
Date/Time of Incident

**Results of the Informal Complaint Process** (Select one of the below)
- [✓] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

Per 866.1 After 63 Days Charges Cant Be heard period, 30 days if no Adequate Justification Exist. Now I still havent recieved dispositions from Charges on 1/21. I Sent request on 5/6/24, 4/30, 3/26, 3/20 3/7, 2/28, 31/10 +more em to Supervisor with no response. These Charges are Being held on my record and not Disposed of out of retaliation Because they Cant Be held and cant Be found Guilty of them. This is a gross neglection of her Duty to Be impartial and Dispose of Charges properly, and Violates my 1st Amendment right to not Be retaliated ag'nst for exercising my Protected Right to litigate.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken).

Compensatory & Punitive Damages

Received from
JUL 2 5 2024
Regional Office

RECEIVED
OMBUDSMAN
JUL 0 8 2024
SERVICE UNIT
WESTERN REGION

with prejudice
Offender Signature

5/22/24 Time 3 Supervisor Documented
Date

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

☐ **Non-Grievable:**
  ☐ Disciplinary hearing decisions, penalties and/or procedural errors
  ☐ Regular Grievance Intake Decisions
  ☐ Limitation Decisions
  ☐ State and Federal laws, regulations, and court decisions
  ☐ Policies, procedures, and decisions of other agencies
  ☐ Issues yet to occur
  ☐ Beyond the control of the Department of Corrections

☐ **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally.

☐ **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit.

☐ **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot.

☐ **Repetitive:** You submitted this issue previously on *Regular Grievance #*

☐ **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group.

☐ **Photocopy/Carbon Copy:** You did not submit the original grievance documents.

☐ **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue.

☐ **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____

_____

☐ **Request for Services:**

Institutional Ombudsman Signature                              Date

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

☐ The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure.*

☐ The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response.

☐ The intake decision is being returned to you because the 5-day time limit for review has been exceeded.

Regional Ombudsman Signature                              Date

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____


Virginia Department of Corrections

**Grievance Receipt**

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 05/30/2024 at 04:18 PM

Grievance Number: <u>ROSP-24-REG-00381</u>

Written Grievance Number: <u>ROSP-24-WRI-02573</u>

Next Action Date: <u>06/29/2024 12:00 AM</u>

| On this date: | 05/30/2024 | | I have received a statement from: |
|---|---|---|---|
| Crosby, Brandon L | 1779544 | of | Red Onion State Prison<br>C-3-305-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

I have been writing the Hearings Office attempting to receive the disposition of my charges and haven't received no response to any request sent. This is a constant issue with the Hearings office.

| | |
|---|---|
| | |
| *(Signature)* | *(Title)* |



Page 1 of 1



Virginia Department of Corrections

**Offender Grievance Response - Level I**

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 06/26/2024 at 10:11 AM

---

**Offender Name:** Crosby, Brandon L

**DOC #**1779544

**Current Location:** Red Onion State Prison

**Housing:** C-5-508-B

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Finding Reason:**

**Grievance Number:** ROSP-24-REG-00381

**Written Grievance Number:** ROSP-24-WRI-02573

---

| LEVEL I:    Level 1 Response | (To be completed and mailed within 30 calendar days) |

**Grievance Summary:** In your grievance, you stated that you have been writing the Hearings Office attempting to receive the disposition of your charges and haven't received no response to any request sent. This is a constant issue with the Hearings office.

**Informal Summary:** Your Written Complaint was answered by K. Diets, AMA, "You will receive disposition of charges as they are processed."

**Investigation:** K. Diets, AMA stated, "There have been no requests received that have not been responded to. After review, the following cases have been dismissed. ROSP-2024-0185, ROSP-2024-0186, ROSP-2024-0189, ROSP-2024-0191. You will receive copies in the mail as they are processed. All other charges previously identified on Facility Request response dated 5/28/24 are pending hearing and will be processed."

**Procedure/Practice: 861.1 Offender Discipline, Institutions**

In accordance with the above information,

this grievance is considered **UNFOUNDED**, as procedures were properly applied. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA 24012

| Level I Respondent Signature | Received from Regional Office JUL 2 5 2024 | 6-27-24 |
| | | Date |

I wish to appeal the Level I response because: This Facility per 861.1 has Alt. Hearing Ofc's that Could Aid for them to Ceatch up, But instead they Would rather Intentionally Drag there feet. I've Sent request on the Days mentioned in Grievance and recieved no response and Why Would She have A request from 5/28? These Charges were held on my record 170-79 Days. The Hearing Ofc's 3 Operations manager/And Amd are grossly neglecting there duty to Abide By 861.1 pg 16. VII (E)(1.) Which is a violation of 135.1 and Deliberate indifference.

| Offender Signature | Date 6/29/30 |

Page 1 of 1



Virginia Department of Corrections

**Offender Grievance Response - Level II**

Exhibit 4 (E)

DOC Location:

Report generated by Meade Cathy

Report run on 07/10/2024 at 12:30 PM

---

**Offender Name:** Crosby, Brandon L

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Grievance Number:** ROSP-24-REG-00381

**DOC #**1779544

**Housing:** C-5-508-B

**Finding Reason:**

**Written Grievance Number:** ROSP-24-WRI-02573

---

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded**. I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

| | |
|---|---|
| Regional Administrator<br>Thomas Murge Realmes | Date<br>7/15/2024 |

Received from
JUL 2 5 2024
Regional Office

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Regular Grievance 866_F1_10-20

# Regular Grievance    ROS-24-Reg-00357
Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Crosby Brandon C.
**Offender Name (Last Name, First)**

1779544
**Offender Number**

C-305
**Housing Assignment**

Um Collins, Cox, Lt. Allen, Ipm, Chap, A.W. (ICA Team)
**Individuals Involved in Incident:**

15/9/24
**Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below) X ) DOC 11h, 11g and Request from K. Sykes
☐ *Written Complaint* on this issue attached
☑ Other documentation used to satisfy the informal complaint process is attached   Attached X
☐ Informal complaint process is not required for this issue

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I was Denied my right to a Notice, So I could prepare request Witnesses etc. They Claimed I refused on 5/2/24 with no time, Please Save Video of Jones and Cox Bringing this DOC 11G to my Door. (I have 4 witnesses that will Vouch they didn't.). For Some reason they refuse to go Back retro actively and give me my Status, Since 7/27 I have Been found guilty of 3 Charges (1 I plead guilty to and the other two in process of Appeal). See Attached request form, shows that I have Beyond exceeded requirements to progress and im Being held for prejudicial, emotionally Biased reasons. The facts are on paper / in Veoris So to ignore them is Gross negligence a Group 3 Violation of 135.1.

Received from
JUL 0 9 2024
Regional Office

RECEIVED
JUN 2 7 2024
OMBUDSMAN SERVICE UNIT WESTERN REGION

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

Compensatory & Punitive Damages, Declaratory & injunctive relief

Self-Prejudice
**Offender Signature**

5/14/24 5:0 @6:51Am To: Sgt. Hau
**Date**

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_FI_10-20

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s))

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you, personally. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head, and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf; you cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** Your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services:** |

_____
**Institutional Ombudsman Signature**                                    **Date**

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to send an appeal of the intake decision to the Regional Ombudsman by submitting this grievance for further review.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Offender Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

_____
**Regional Ombudsman Signature**                                    **Date**

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I receive a response to this grievance. I understand that I may resubmit this same issue once and only once on a new *Regular Grievance* as long as the original 30-day time limit has not expired.

**Offender Signature:** _____    **Date:** _____

**Staff Witness:** _____    **Date:** _____



Exhibit 5 (B)

VIRGINIA
DEPARTMENT OF CORRECTIONS                                    Facility Request  801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Brandon Crosby_                          DOC Number: _1779544_

Housing Unit _D410_  _D506_           Date: _3/20/23_

To: _Sykes_          or     _Programs_
   Staff Member Name                    Department

Request For:  ☐ Appointment   ☒ Information   ☒ Services   Other: _____

Summary (Please Print): _Please explain how many charges you can catch on Sm0, Sm1, Sm2 and Not get your level please Thanks !_

_c/o Prejudice  3/20/23_

_Copy 1of2_    Do not attach additional pages and do not write below this line    _So Bjn_

### Facility Response

Request sent to correct department ☐ Yes ☐ No

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _SM0 to SM1 — No serious assaultive or weapons related 100 series charges. No more than 3 total 100/200 series charges_

_SM1 to SM2 — No serious 100 series charges. No more than 1 total 100/200 series charges_

_SM2 to Phase1 Step down — Charge Free_

Staff Respondent Name _K Syhm_                     Date of Response _4/3/23_

VIRGINIA DEPARTMENT OF CORRECTIONS                 Revision Date 2/15/22

_Copy 1of3_

Virginia Department of Corrections

DOC Location: ROSP Red Onion State Prison

Report generated by Still, T

Report run on 05/17/2024 at 10:34 AM

## Grievance Receipt

Grievance Number: <u>ROSP-24-REG-00357</u>

Written Grievance Number:

Next Action Date: <u>06/16/2024 12:00 AM</u>

| On this date: | 05/17/2024 | | I have received a statement from: |
|---|---|---|---|
| | | | Red Onion State Prison |
| Crosby, Brandon L | 1779544 | of | C-3-305-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| i am appealing my ICA 5/2/24. | | | |
| | | | |
| *(Signature)* | | | *(Title)* |



Received from

JUL 0 9 2024

Regional Office



Virginia Department of Corrections

**Institutional Classification Authority Hearing**

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Cox, C
Report run on 05/09/2024 at 02:53 PM

| | | | |
|---|---|---|---|
| **Offender Name: Crosby, Brandon L** | **DOC#: 1779544** | **DOC Location: Red Onion State Prison** | **Bed Assignment: C-3-305-B** |

### Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 05/06/2024 for Internal Status

Comments: 90 Day Review

Authorizing Staff                                          Date & Time

Hearing Date:

Offender Statement: "I have no charges and qualify for my level."

Reporting Staff Comments: ICA recommends inmate remain SM-0 due to quantity and severity of recent institutional infractions.

### Part II: Hearing Disposition



Received from
JUL 0 9 2024
Regional Office

*Exhibit 5 (E)*

*C-305*



Virginia Department of Corrections

**Institutional Classification Authority Hearing Notification Form**

DOC-11G
DOC Location: Red Onion State Prison
Report generated by Cox, C
Report run on 05/02/2024 at 11:24 AM

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison |
|---|---|---|

### Part I: ICA Referral Notice

Classification Action being reviewed:

Comments: 90 Day Review

You will be scheduled to appear before the Institutional Classification Authority on or after 05/06/2024

Authorizing Staff                        Date & Time

A formal due process hearing is required when an offender is considered for removal from general population, or faces the possibility of increase in security level or reduction in good time earning level outside the Annual Review Cycle. You will be permitted to: 1) Be present at the hearing  2) Remain silent  3) Know the reasons for any decisions rendered by the ICA  4) Have your counselor or an employee present to assist you 5) Receive a copy of the written findings and recommendations of the ICA. During hearings based solely on documented Disciplinary Hearing Referrals the following is not afforded to you: 1) Hearing the Reporting Officer's testimony 2) Cross-examining adverse witnesses 3) Calling and cross-examining witnesses.

This is to certify that I have received a copy of this notice and it was explained to me. I am requesting witness/s to appear on my behalf.

Witness Request:    1_____   2_____   3_____

**I Waive rights to 48-hour notice.**    ☐ Yes ☐ No          **I wish to attend.**    ☐ Yes ☐ No

*Refuse*

Offender Signature            Date              Witness Signature            Date     *5-2-24*

*I have no charges and qualify for my level.*



Received from
JUL 0 9 2024
Regional Office

WESTERN SERVICE UNIT
JUN 2 1 2024
RECEIVED OMBUDSMAN

**Virginia Department of Corrections**

## Offender Grievance Response - Level I

DOC Location: ROSP Red Onion State Prison
Report generated by Still, T
Report run on 06/12/2024 at 11:24 AM

---

**Offender Name:** Crosby, Brandon L

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**Grievance Number:** ROSP-24-REG-00357

**DOC #**1779544

**Housing:** C-5-508-B

**Finding Reason:**

**Written Grievance Number:**

---

LEVEL I:    Level 1 Response                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you stated that you are appealing your ICA 5/2/24.

**Investigation:** UM Collins states, "You have a pending 129 charge from 5/4/24, a pending 209 charge from 4/9/24, pending 120B from 4/9/24, a pending 105A/198E from 3/2/24. A 103B pending from 3/2/24. A convicted 111B from 2/27/24, and a convicted 111B from 2/21/24. That is why you can not get SM-1 status. You need to improve your behavior to advance."

**Procedure/Practice: 830.1 Institutional Classification Management**

In accordance with the above information,

this grievance is considered **UNFOUNDED,** as procedures were properly applied. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

*Received from Regional Office*    JUL 0 9 2024

*[stamps: JUN 7 2024 WESTERN REGION SERVICE UNIT OMBUDSMAN RECEIVED]*

---

| Level I Respondent Signature | Date 6-13-24 |
|---|---|

I wish to appeal the Level I response because: *Pursuant to 861.1 pg.16 (Add)(a).5 VII.(B.)(1.) The hearing ofc. has 30 days, then anything up to 60 days the hearing ofc needs an authorized Continuance, after 60 they have 3 days to request to have a hearing from Richmond. The 105A/198E & 103B from 3/2/24 is 84+ Days in total, 23 days + Pass 63. The 209 & 120B from 4/9/24 is 67+ Days in total, 3 days plus Pass 63. So these Charges cant Be heart At All and should not Be pending. Since 7/27/23 I have only Caught 3 Charges one (120B "I plead guilty to) & 2 111Bs Thats three Charges in almost one year and I Have no Status. So I'm Confused on what Behavior needs to improve, if I Did anything I*

| Offender Signature *[signed] (w/o Prejudice)* | Date 6/16/24 |
|---|---|

*Would have been found guilty? Correct... Per Policy cant What Ksyntes the "IPM" I Qualify To recieve more than 1 Status. So Why am I Being Accused of Something I never got found guilty of.?*

Virginia Department of Corrections

## Offender Grievance Response - Level II

DOC Location:
Report generated by Meade Cathy
Report run on 06/21/2024 at 09:17 AM

---

**Offender Name:** Crosby, Brandon L                **DOC #**1779544

**Current Location:** Red Onion State Prison        **Housing:** C-5-508-B

**Filed:** Red Onion State Prison

**Finding:** Unfounded                              **Finding Reason:**

**Grievance Number:** ROSP-24-REG-00357             **Written Grievance Number:**

---

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response :**

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **unfounded.** I find no violation of policy.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal. You have exhausted all administrative remedies.

---

| Regional Administrator | Date |
|---|---|
| Thumers Muyr RA/MB | 7/2/2024 |

Received from
JUL 0 9 2024
Regional Office

Offender Grievance Response - Level II
Report run on 06/21/2024 at 09:17 AM

Page 1 of 1

VIRGINIA
DEPARTMENT OF CORRECTIONS                                    Written Complaint 866_13 6-21

# Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident
- You are limited to only one issue per *Written Complaint*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual ___ ___e and sexual harassment or when the informal complaint process is satisfied by other documentation.

Branden Crosby _____ 1779544 _____ ___ ___ C-508
Offender Name         Offender Number                    Housing Assignment

Boilding Management Team (Collins) _____ 7/ 23 — Till 7/14/24
Individual Involved in Incident --                        Date Time of Incident

TO: _____ Classification _____ 2 Pages Attached (Taped to Complaint)
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

Per Policy im Supposed to Be Reviewed every Week and have 90 Day former reviews. Now my last 3-4 reviews I have Been Denied for "pending charges". From 7/28 till Now I have only 3 charges and Unit-manager (Collins) the BMT Refuse to Retro-Actively go Back and Advance me forward, for All reviews that I was Denied for "pending charges", these charges were 'Dismissed' (See Rosp-24-Reg-00357). Per IPm 3 Step Down (See Attachment 1 2) I have met Criteria to Be progressed. 7/28/23 - 10/28/23 (1 Charge = Sm-1), 10/28 — 1/28/24 (No Charges = Sm-2), 1/23 — 4/28 (2 Charges pending Appear = Held at Sm-2), 4/23 — 7/28/24 (0 Charges = Sl6 phase). Going Back and fixing this Can Be done and has (See Rosp-23-Reg-00244, 00372, 00522 for other inmates. Given These facts it is Clear that Collins and the BMT Have Grossly neglected there Duty to Adhere to Policies. 830A, 830-1, 830-2, Which Is a Violation of 135.1.

Offender Signature: _____ Date 7/14/24

Copy 1 of 2                    **Offenders - Do Not Write Below This Line**    All info Logged

Date Received: 7/24    RECEIVED    Response Due: 8/6/24    Log Number: ROSP-24-INF-04169
Assigned to: _____ JUL-2-4-2024    UMC
Action Taken/Response:    ROSP EBP Manager

You have been progressed to the next status per policy.

Respondent Signature: _____

Printed Name and Title: Sgt L. Hall

Date: 7/20/24

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will ____ ____ ____ ____ on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same ____ ____ ____ ____ new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____

Staff Witness: _____    Date:

VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 6/21/21

C-508    Exhibit G(B)

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_4-24

## Regular Grievance

**Log Number:** _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance.*
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Crosby Brandon                              1779544        C-508
**Inmate Name (Last Name, First)**          **Inmate Number**   **Housing Assignment**

(BMT) Building Management Team (Collins) ----    /    7/27/23 — 7/14/24
**Individuals Involved in Incident:**                **Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one)    ✗ (All Attachments Shown to Supervisor) ✗

☑ *Written Complaint #* 041609 _____ on this issue attached. including 2pgs from Complaint 3
☐ Other documentation used to satisfy the informal complaint process is attached. 3 Level 1 Responses Pg.7,8 of
☐ Informal complaint process is not required for this issue.    830A (2 of)

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

Per 830A(pg.7,8), 830.1 and 830.2 I have met all Goals and Requirments to Be Advanced to LV.6. I was Denied my Last 3 90day reviews for pending Charges, now All pending Charges have Been Dismissed and I'm not Being progressed for Ag reason Unknown to me. 830.1 Governs this issue and if you look at Attachment(2) Rosp-23-Reg-00244, Attachment (3) Rosp-23-Reg-00244, Attachment (4) Rosp-23-Reg-00522, Being Retro-Actively Advanced has Been Done and Can Be Done. Given these facts I am Being Punished for no reason and Without no penological intrest, So I have not Been "progressed" per policy. I am Being Detained without Justification and Denied Equal protection of the law, which is a violation of
135.1

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

To Be treated Equally and Advanced per policy

RECEIVED
OMBUDSMAN
AUG ? 0 2024
WEST SERVICE UNIT

Received from
SEP 0 3 2024
Regional Office

_____  W/o Prejudice              8/1/24      ✗ All info Logged
**Inmate Signature**                          **Date**

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-24

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s).)

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>  ☐ Disciplinary hearing decisions, penalties, and/or procedural errors<br>  ☐ Regular Grievance Intake Decisions<br>  ☐ Limitation Decisions<br>  ☐ State and Federal laws, regulations, and court decisions<br>  ☐ Policies, procedures, and decisions of other agencies<br>  ☐ Issues yet to occur<br>  ☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 days of the date of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf. You cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** You failed to use the informal complaint process and must submit a *Written Complaint* on this issue, or your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☒ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _Provide current DOC 11 th_ |
| ☐ | **Request for Services (Explain how issue should be addressed):** |

RECEIVED
AUG 0 8 2024
Grievance Dept.

**Institutional Ombudsman Signature** _____    **Date** 8/8/24

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to submit this grievance for further review by the Regional Ombudsman.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final.

| | |
|---|---|
| ☒ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Inmate Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☒ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

**Regional Ombudsman Signature** Cathy Meade    **Date** 08/19/2024

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance there will be no further action on this issue and I will not receive a response to this grievance. I understand that I may resubmit this same issue once on a new *Regular Grievance* if the original 30-day time limit has not expired.

**Inmate Signature:** _____    **Date:** _____

**Staff Witness:** _____    **Date:** _____

Exhibit 6(c)

Facility Request 801_F3_2-22

VIRGINIA
DEPARTMENT OF CORRECTIONS

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Branton Crosby                DOC Number: 1729544

Housing Unit   C-508                 Date: 8/8/24

To: Ad way) Regional Ombutsman  or  _____
   Staff Member Name                  Department  All previous Doc 11h5 have
                                      Already Been grieved untare in

Request For: ☐ Appointment  ☐ Information  ☐ Services   Other: X Intake Appear 04164   ValonB

Summary (Please Print): We get reviewed every week By Bmt no Doc 11h B needet for a "weekly" review. The papers Attached were Confiscated with no witness, nor was I given a chance to Sign it. These Reg grievances mentioned in Complaint shows that I am Being Denied equal protection of the law and I am Being Detained w/o reason. In a year plus I have only Been found guilty of 3 charges. Every 90 day review I have Been Denied for pending charges But all charges have Been Dismissed and they Refuse to Advance me. I have fully exhausted All Remidies.

W/Prejudice

*All info ligget

Do not attach additional pages and do not write below this line

## Facility Response

Request sent to correct department ☐ Yes ☐ No             Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

Received from

⟨) 0 3 2024

Regional Office

RECEIVED OMB

Staff Respondent Name                              Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS                 Revision Date 2-15-22

Local Operating Procedure                    *Attachment (1)*                    Effective Date: 10.1.21

circumstances

4. Inmates on the Special Management Pathway will be afforded privileges in accordance with the Special Management Privilege Level Chart, Attachment 3. Assignment to privilege levels will be done by the Building Management Team. Building Management Team actions should be done informally as a program assignment.

5. Special Management Status Level Goals

   a. Inmates participating in the Step-Down Program will be challenged to meet goals in three areas:
      1. Disciplinary Violation goals - To reduce or eliminate disciplinary violations
      2. Responsible behavior goals
         - Personal Hygiene
         - Standing for count
         - Cell Compliance
         - Deportment; satisfactory rapport with staff and inmates
      3. Program participation goals
         - To participate in programs initially in-cell and eventually moving to therapeutic modules, program chairs, and finally to unrestrained during counseling and small group programming.

   b. As inmates meet goal levels, they will be eligible to advance from SMO, SM1 to SM2. As inmates advance in status, they will earn additional privileges (outlined on a separate SM Privilege Level Chart).

   c. Rating System to be documented on Special Intensive Management Status Rating Chart, Attachment 2
      1. The Unit Manager (or designee) will track each inmate's charges
      2. Responsible Behavior will be rated each week by Correctional Officers, Counselors, and the Unit Manager as *"poor, acceptable, or good"* in each category (cell compliance, personal hygiene, standing for count, and respect)
      3. Treatment Staff will rate each inmate's program participation for that week as either *"incomplete, complete or positive effort"*

   d. It is valuable for Officers, Counselors, and the Unit Manager to communicate with each inmate routinely on their ratings as an opportunity to acknowledge positive performance as well as to motivate them to improve when needed.

6. Assignment to Lower Incentive Level

   a. Inmates that do not meet the standards for disciplinary, responsible behavior, and or self-improvement and programming, can be placed back to a lower incentive level by decision of the Building Management Team

   b. When an inmate receives a serious disciplinary offense or refuses over a period of time to meet standards for responsible behavior or program participation, the Building Supervisor or higher authority can decide to immediately lower an inmate's status. The Building Management Team

- Deportment; satisfactory rapport with staff and inmates
3. Program participation goals
  - To participate in programs initially in-cell and eventually moving to therapeutic modules, program chairs.

b. As inmates meet goal levels, they will be eligible to advance from IMO, IM I, to IM2. As inmates advance in status, they will earn additional privileges (outlined on a separate IM Privilege Level Chart).

c. Rating System · To be documented on Special Intensive Management Status Rating Chart.
Attachment 2
1. The Unit Manager (or designee) will track each inmate's charges
2. Responsible Behavior will be rated each week by Correctional Officers, Counselors, and the Unit Manager as *"poor, acceptable, or good"* in each category (cell compliance, personal hygiene, standing for count, and respect)
3. Treatment Officers will rate each inmate's program participation for that week as either
   *"incomplete, complete or positive effort"*

d. It is valuable for Officers, Counselors, and the Unit Manager to communicate with each inmate routinely on their ratings as an opportunity to acknowledge positive performance as well as to motivate them to improve when needed.

4. Assignment to Lower Incentive Level

   a. Inmates that do not meet the standards for disciplinary, responsible behavior, and or self-improvement and programming can be placed back to a lower incentive level by decision of the Building Management Team

   b. When an inmate received a serious disciplinary offense or refuses over a period of time to meet standards for responsible behavior or program participation, the Building Supervisor or higher authority can decide to immediately lower an inmate's status. The Building Management Team will review all such actions.

E. Special Management Pathway (SM)

   1. SM privileges are SM0, SM1, SM2, and SM-SL6

   2. SM0 is the initial privilege level for inmates being placed in the SM-Pathway. Inmates who choose to participate in the step down program, may progress to higher SM privilege levels. Inmate choosing not to participate in the step down program will remain at SM-0 Status and will receive the basic requirements set forth in Operating Procedure 841.4, *Special Housing*

   3. Inmates having completed Intake orientation at ROSP and demonstrated satisfactory participation in the step-down program may be assigned to SM1 or 2 and either retained at ROSP or may be transferred to WRSP in some

# Restorative Housing Step-Down

This is a condensed overview of the step-down process for inmates transferred to ROSP with a Level "S" Security Level Status.

Upon arrival at ROSP, the inmate will be placed in an orientation pod to be evaluated and assigned to one of the following management paths: **SM-Special Management or IM-Intensive Management**

Initial assignment will be either SM0 or IM0 status. The flow chart below illustrates the steps for each pathway. With each increasing status, inmates are afforded increased privileges. Inmates are evaluated on a monthly basis to determine eligibility for progressing to next step. *(Note: movement between steps can be forward or backward depending upon review.)* There is a minimum of 90 days to progress in each step of the SM Statuses and a minimum of 180 days to progress in the IM Statuses. Progress is based on compliance in three areas:

- Behavioral (number of disciplinary charges incurred during evaluation period)
- Programming (inmates must actively PARTICIPATE in programming in order to progress)
- Weekly Status Reviews (inmates are evaluated on a weekly basis by building staff in the areas of cell compliance, personal hygiene and respect)



Exhibit C(F)
AH.2

VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request  801_F3_2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Branden Crosby_     DOC Number: _1775544_

Housing Unit __D410__ ✓ _D 506_     Date: _3/20/23_

To: _Sykes_     or     _Programs_
Staff Member Name     Department

Request For: ☐ Appointment  ☒ Information  ☒ Services  Other: _____

Summary (Please Print): _Please explain how many Charges you can catch on Sm0, Sm1, Sm2 and not get your level Please Thanks!_

_w/o Prejudice_ _3/20/23_

Copy 1 of 2   Do not attach additional pages and do not write below this line   Sc BM

## Facility Response

Request sent to correct department ☐ Yes ☐ No     Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _SM0 to SM1 - No serious assaultive or weapons related 100 series charges. No more than 3 total 100/200 series charges_

_SM1 to SM2 - No serious 100 series charges. No more than 1 total 100/200 series charges_

_SM2 to Phase1 Step down - Charged from_

Staff Respondent Name _K. Syhn_     Date of Response _4/3/23_

VIRGINIA DEPARTMENT OF CORRECTIONS     Revision Date 2/16/22

Virginia Department of Corrections

DOC Location: ROSP Red Onion State Prison
Report generated by Vilbrandt, C S
Report run on 05/26/2023 at 02:41 PM

## Offender Grievance Response - Level I

**Offender Name:** Bowman, Sidney L Jr.

**DOC #**1396143

**Current Location:** Red Onion State Prison

**Housing:** D-4-421-B

**Filed:** Red Onion State Prison

**Grievance Number:** ROSP-23-REG-00244

**Finding:** Unfounded

**Finding Reason:**

LEVEL I:    Level 1 Response                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state, the ICA denied you a proper formal hearing. There is no ICA hearing notification uploaded in VACORIS. You were denied witnesses and they chose for you to appear and not waive 48 hr notice. You were not advised of your due process rights and did not have a counselor present.

**Informal Summary:** Institutional Classification Authority Hearing DOC-11 H provided.

**Investigation:** You received too many charges to advance to IM-2. You refused to give Counselor Kegley a list of names for witnesses and you refused to give the ICA form back when you were asked to sign it.

**Procedure/Practice: Operating Procedure 830.2 Security Level Classification**

In accordance with the above information, this grievance is considered **UNFOUNDED**. No further action appears to be necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

Level I Respondent Signature  *Rick White, Warden*      Date  6-10-23

I wish to appeal the Level I response because: I disagree with the investigation, I did ask for witness and was refused them. I tried to give my ICA Form back once I was done writing down witness because Kegley refused to do it in accord to OP 830.1. The hearing is suppose to be conducted in a way explained in OP 830.1, but all that was asked was did I have a statement. The Counselor Kegley was suppose to be there to inform me and help with advance my status. This 90 day Formal hearing was suppose to correct me not getting my IM-2 status in February when I met all requirements and I was not given it at the time. There was no procedure followed by the DDT staff.

Offender Signature                                    Received Date  6/13/2023

JUN 2 8 2023
Regional Office

RECEIVED
OMBUDSMAN
JUN 16 2023
SERVICE UNIT
WESTERN REGION

Page 1 of 1

Virginia Department of Corrections

**Offender Grievance Response - Level I**

DOC Location: ROSP Red Onion State Prison
Report generated by Vilbrandt, C S
Report run on 07/26/2023 at 08:04 AM

---

**Offender Name:** Bowman, Sidney L Jr.

**Current Location:** Red Onion State Prison

**Filed:** Red Onion State Prison

**Finding:** Unfounded

**DOC #**1396143

**Housing:** C-2-221-B

**Grievance Number:** ROSP-23-REG-00372

**Finding Reason:**

---

LEVEL I:    Level 1 Response                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state, you just received information from the IHO that charges you received in Oct and Nov 22 were not processed and a Disciplinary Offense you received in Dec 22 was dismissed. This was the first time this was verified to you by the IHO on 2/4/23. You were denied IM2 Status because of too many charges in that review period which you've come to find out was not true. And your 90-day review period, you should have been given your IM2 status for that time, but you were again denied.

**Informal Summary:** Your Written Complaint was responded to by P. Sykes, Ops, and states According to your annual review, you obtained 3 institutional infractions, 1/25/22 - 120B, 2/12/23 and 2/18/23 - 137A. You did not participate in any treatment program. You are allowed a total of one offense between IM1 and IM2 status and you have a total of 3, and time to remain infraction free.

**Investigation:** After review of your case, you were made IM-2 status on 7/24/23.

**Procedure/Practice: Operating Procedure 861.1 Offender Discipline, Institutions**

In accordance with the above information, this grievance is considered **UNFOUNDED**. No further action appears to be necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA  24012

| Level I Respondent Signature | Date |
|---|---|
| *[signature]* for Warden White | 7-28-23 |

I wish to appeal the Level I response because: I disagree with investigation and Procedure. The OP is 830.1 not 861.1 that deals with Grievance. I was not made IM-2 status 7-24-23. Every priviledge that IM-2 status I have yet to receive from increase in phone calls to increase in commissary spending. My status never changed on 7-24-23, I know this because I signed my ICA Form on 8-2-23 to have my status changed which hasnt been completed yet. Therefore this Grievance should not have been unfounded. I am still IM-1 status in ways that matter

| Offender Signature. *[signature]* Bowman | Date 8/2/2023 |
|---|---|

Page 1 of 1

Virginia Department of Corrections

**Offender Grievance Response** el I

DOC Location: ROSP Red Onion State Prison
Report generated by Vilbrandt, C S
Report run on 09/18/2023 at 11:26 AM

---

| | |
|---|---|
| **Offender Name:** Bowman, Sidney L Jr. | DOC #1396143 |
| **Current Location:** Red Onion State Prison | Housing: ~~Medical-Med-6-B~~ C 308 |
| **Filed:** Red Onion State Prison | **Grievance Number:** ROSP-23-REG-00522 |
| **Finding:** Unfounded | **Finding Reason:** |

---

LEVEL I:    Level 1 Response                                    (To be completed and mailed within 30 calendar days)

**Grievance Summary:** In your grievance, you state, your ICA was not conducted in accordance with 830.1. Your inmate record was not accurate, you were not given an advisor, your hearing was stopped because you were being disruptive, your witness was never called, your statement was not what you said. You're just receiving your DOC-11H.

**Informal Summary:** Informal complaint process is not required for this issue.

**Investigation:** This ICA was conducted to correct your status due to charges you had being dropped. UM Collins was present during the ICA hearing that this pertains to.

**Procedure/Practice: Operating Procedure 830.1 Institutional Classification Management**

In accordance with the above information, this grievance is considered **UNFOUNDED**. No further action appears necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 3313 Plantation Road NE, Roanoke, VA 24012

| | |
|---|---|
| *[signature]* | 9-22-23 |
| Level I Respondent Signature  *Rick White, Warden* | Date |

I wish to appeal the Level I response because: I disagree with the Level 1 Grievance Response, The ICA was for my 90 day review, The said charges was dropped two 90 day reviewes before. There are known violations that should be addressed. U.m. Collins came present almost to the conclusion of the hearing. My statement I gave ███ is not placed on my Doc 11-H, but instead a Flase Fabricated statement is in it's place. Written by CMC Kegley Violating OP 135.1. My hearing is suppose to be part of my procedural due process to the 14th Amendment. Even if I was given Correct status the procedure of OP 830.1 should always be Following.

| | |
|---|---|
| Offender Signature *[signature]* | Date 9-26-23 |

Received from
OCT 12 2023
Regional Office

RECEIVED
SEP 27 2023
OMBUDSMAN
WESTERN SERVICE UNIT REGION



**VIRGINIA**
DEPARTMENT OF CORRECTIONS

**Notice of Confiscation of Property** 802_F5_10-21

## Notice of Confiscation of Property

Name: B. Crosby                                    DOC Number 1779544    Housing  C508

Facility: ROSP                                                          Date: 8-8-24

The below listed personal property items are unauthorized for your possession and are subject to confiscation as contraband:

Please list and describe the unauthorized personal property item(s) confiscated.

3 pages of paperwork belonging to S. Bowman #1396143

You may appeal the confiscation of your items through the Grievance Procedure or Complaint Procedure for CCAPs. If you appeal the confiscation, you must submit your grievance or complaint within seven days of receipt of this notice for consideration. You must also attach this notice to satisfy the informal process and provide evidence of your ownership of the confiscated items.

If staff charged your with a disciplinary offense for the items listed above under the Disciplinary Procedure, and you were convicted of the offense, you must appeal the confiscation of those items through the disciplinary appeal process.

**I received a copy of this notice of confiscation and my right to appeal.**

Inmate/Probationer/Parolee Signature:

Confiscating Staff Member Signature:

Second Staff Member Signature if inmate or CCAP probationer/parolee refuses to sign or is not present:

Disciplinary Offense Report ☐ was not or ☐ was written    Offense Code: _____    Offense Title: _____

Reporting Officer:

**Items for which the offender has established ownership** (List items below and attach any documentation):

|  |  | Returned |  |  | Returned |
|---|---|---|---|---|---|
|  | ☐ | Returned |  | ☐ | Returned |
|  | ☐ | Returned |  | ☐ | Returned |
|  | ☐ | Returned |  | ☐ | Returned |

When ownership is established and the item(s) are authorized for your possession, staff will return the items to you. When ownership is established, but the item(s) are not authorized for your possession, you are required to complete a *Property Disposition 802_F4* indicating the method of disposition and must return the completed *Property Disposition* within five days. If you fail to return a completed *Property Disposition* within five days, staff will confiscate and dispose of the items.

**Please sign below for receipt of *Property Disposition*:**

Inmate/Probationer/Parolee Signature:                                   Date:

Staff Witness Signature:                                                Date:

Items for which the inmate or CCAP probationer/parolee has ☐ not established ownership ☐ did not appeal confiscation within time limits ☐ refused to designate a method of disposal ☐ left in Storage for more than 30 days

These items have been confiscated and disposed of as follows:

| Describe Item(s) | Method of Disposal | Date of Disposal |
|---|---|---|
|  |  |  |

**Staff Disposing of Property:**

_____    _____    _____
Printed Name                 Signature                    Date

Staff must maintain the original but will provide a copy of this notice to the inmate/probationer/parolee when the property is seized and another copy when the items are disposed of indicating disposition of all property items.

VIRGINIA DEPARTMENT OF CORRECTIONS                          *Revision Date: 10/26/21*



Virginia Department of Corrections

**Institutional Classification Authority Hearing**

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Cox, C
Report run on 07/23/2024 at 03:54 PM

| Offender Name: Crosby, Brandon L | DOC#: 1779544 | DOC Location: Red Onion State Prison | Bed Assignment: C-5-508-B |
|---|---|---|---|

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 07/13/2024 for Internal Status

Comments: Weekly Status Reviews: Review for SM-1.

Authorizing Staff                              Date & Time

Hearing Date:

Offender Statement: No Statement Provided.

Reporting Staff Comments: Weekly Status Reviews were conducted and it was determined that inmate Crosby is appropriate for SM 1 status due to completion of required programming and time in status.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Special Management 1

Rationale: Weekly Status Reviews were conducted and it was determined that inmate Crosby is appropriate for SM 1 status due to completion of required programming and time in status.

ICA: Allen, Skyler                    Date: 7/15/2024

**Administrative Review:**

Decision: Approve                    Internal status change to Special Management 1

Miller, Eric A                          Date: 7/16/2024

Comments:

Exhibit (C)

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-24

## Regular Grievance

Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Crosby, Brandon
**Inmate Name (Last Name, First)**

1779544
**Inmate Number**

C-C024
**Housing Assignment**

Counselor Jones, Ipm, CHAP
**Individuals Involved in Incident:**

9/7/24 /
**Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one)

[✓] *Written Complaint #* 05268 _____ on this issue attached. No Response reciept Attached
[ ] Other documentation used to satisfy the informal complaint process is attached.
[ ] Informal complaint process is not required for this issue.

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

The whole point of A 90 Day review is to insure that your Status is correct, My Status is not correct pursuant to Black and White in the System. I was Denied my former 90 Day review, to insure that I am classified "Correctly." These are acts of gross negligence. Because they know Im not classified correctly and they refuse to fix it, Which Constitute Violations of 830.1, 830.2 and 135.1 and 135.2. This is a Valid Claim and personally affect my Well Being to Be Deprived of my freedom and Due Process By "Correctional" officers.

RECEIVED
Received from
OCT 0 9 2024
Regional Office

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

Injunctive Relief, Compensatory and Punitive Damages.

w/o Prejudice
**Inmate Signature**

9/26/24
**Date**

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s).)

| | |
|---|---|
| ☐ | **Non-Grievable:**<br>☐ Disciplinary hearing decisions, penalties, and/or procedural errors<br>☐ Regular Grievance Intake Decisions<br>☐ Limitation Decisions<br>☐ State and Federal laws, regulations, and court decisions<br>☐ Policies, procedures, and decisions of other agencies<br>☐ Issues yet to occur<br>☐ Beyond the control of the Department of Corrections |
| ☐ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 days of the date of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* _____ |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf. You cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** You failed to use the informal complaint process and must submit a *Written Complaint* on this issue, or your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☒ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: Provide DOC 11 N |
| ☐ | **Request for Services (Explain how issue should be addressed):** |

Institutional Ombudsman Signature _____  Date 10/2/24

**Appeal of Intake Decision**

(If you disagree with the intake decision, you have 5 days from date of receipt to submit this grievance for further review by the Regional Ombudsman.)

**Regional Review of Intake Decision:** The Regional Ombudsman's decision is final.

| | |
|---|---|
| ☒ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Inmate Grievance Procedure.* |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

Regional Ombudsman Signature _____  Date 10/07/2024

You had a review on 7/..2024 you are due your next review on 10/11/2024

**Withdrawal of Grievance:**

I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance there will be no further action on this issue and I will not receive a response to this grievance. I understand that I may resubmit this same issue once on a new *Regular Grievance* if the original 30-day time limit has not expired.

Inmate Signature: _____  Date: _____

Staff Witness: _____  Date: _____

Virginia Department of Corrections

DOC Location: ROSP Red Onion State Prison
Report generated by Mefford, R L
Report run on 09/10/2024 at 09:41 AM

## Grievance Receipt

Grievance Number: <u>ROSP-24-WRI-05268</u>

Next Action Date: <u>09/25/2024 12:00 AM</u>

| On this date: | 09/10/2024 | | I have received a statement from: |
|---|---|---|---|
| | | | Red Onion State Prison |
| Crosby, Brandon L | 1779544 | of | C-6-624-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Pursuant to 830.1 I am being denied my formal 90 day review. | | | |
| *(Signature)* | | | GB <br> *(Title)* |

Exhibit-7 (c)



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Facility Request 801_F3_2-22

# Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: _Brandon Crosby_                     DOC Number: _1779544_

Housing Unit _C-G24_            Date: _10/5/24_

To: _Regional_            or    _____
Staff Member Name                     Department

Request For:— ☐ Appointment   ☐ Information   ☐ Services ☒ Other: _Intake Appeal_

Summary (Please Print): _My Docuh for May was Attached to Complaint and Shown to the Sgt., which was never returned. I havent had a 90 Day ICA since then. They refuse to properly review my Status And rectify on my ICA's that Can Be fixed._

_____

_____

_____

_____

**Do not attach additional pages and do not write below this line** _All Info_

## Facility Response

Request sent to correct department ☐ Yes ☐ No            Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

_____

_____

_Received from_

_OCT 0 9 2024_

_Regional Office_

_RECEIVED_

_____

Staff Respondent Name                     Date of Response

**VIRGINIA DEPARTMENT OF CORRECTIONS**            Revision Date: 2/15/22



*Exhibit 8(f)*

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Written Complaint 866_F3_4-24

## Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Brandon Crosby _____ 1779544 _____ C-624
Inmate Name _____ Inmate Number _____ Housing Assignment

Treatment (All), Ipm (Sykes), CHAP (A. Duncan) _____ 9/23/24
Individuals Involved in Incident _____ Date/ Time of Incident

**TO:** Programs _____
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

I am Being Unlawfully Detained in a program That is Being run for economical reasons. They Don't have enough Staff, (Mental health Clinicians, nurses and most importantly not enough Cells, they are Deliberately holding Inmates in C-Building Because they Don't have enough "Space", Keeping Inmates on the Same status pass the required time. They Pull no groups, give no Counseling, no therapy, they Just want you a Book and Say Do it. They are grossly negleting there Duty to give Us a therputic/rehabilitive enviornment By running a illigitment program. These action Violate 135.1, 135.2 and the 8th Amendment.

Inmate Signature: _X_____ w/prejudice _____ Date: 9/23/24

**Inmates - Do Not Write Below This Line**   X An infc 10 days t

Date Received: 9/25/24 _____ Response Due: 10/10/24 _____ Log Number: ROSP-24-WRI-05598

Assigned to: IPM _____

**Action Taken/Response:**

You are enrolled in Challenge Book 5. The Challenge Books can be done in cell or in groups. Once you complete Book 5 and your time in Status SM1 is Complete and you are not catching charges you will earn SM2 Status.

K Sy____ _____ K Sykes IPm _____ 9/27/24
Respondent Signature _____ Printed Name and Title _____ Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

Inmate Signature: _____

Staff Witness: _____

VIRGINIA DEPARTMENT OF CORRECTIONS

Revision Date: 4/11/24

**VIRGINIA
DEPARTMENT OF CORRECTIONS**

**Regular Grievance** 866_F1_4-24

## Regular Grievance

**Log Number:** _____

### Instructions for Filing:

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Brandon Crosby | 1779544 | C-624
**Inmate Name (Last Name, First)** | **Inmate Number** | **Housing Assignment**

Treatment (All) Ipm (Sylles) Chap(A.Duncan) | 9/23/24 /
**Individuals Involved in Incident:** | **Date/ Time of Incident**

### Results of the Informal Complaint Process (Select one)

☑ *Written Complaint #* ROSP -24-wri 05598 on this issue attached.
☐ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

What Book or Status has nothing to Do with the fact that this program is Being ran for economical reasons By Undreducated, Unqualified Unprofessionals. I have only Been to two groups in the last "3" Years. Theres no treatment no therapy, Concern for mental health. On paper it looks like a program, they have not implement a Strategy to Rehabilitate us, and they are Unlawfully Detaining me with no justification to hold me Back.

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

Inmate Signature _____ w/o Prejudice | Date 9/6/24 Info logged

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-24

**Intake Decision:** (Grievances must be accepted and logged into VACORIS unless returned for the following reason(s).)

| | |
|---|---|
| ☐ | **Non-Grievable:** |
| | ☐ Disciplinary hearing decisions, penalties, and/or procedural errors |
| | ☐ Regular Grievance Intake Decisions |
| | ☐ Limitation Decisions |
| | ☐ State and Federal laws, regulations, and court decisions |
| | ☐ Policies, procedures, and decisions of other agencies |
| | ☐ Issues yet to occur |
| | ☐ Beyond the control of the Department of Corrections |

*Programs are offered in A manner to address your Security Level concerns, and to facilitate Step-Down.*

| | |
|---|---|
| ☑ | **Personally Affected:** You must identify how the issue caused personal harm or loss to you. |
| ☐ | **Limited:** You have been limited by the Facility Unit Head and this grievance is in excess of your limit. |
| ☐ | **Expired Filing Period:** You must submit your grievance within 30 days of the date of the original incident or discovery of the incident unless the reason for delay was beyond your control, you have not been provided formal orientation, or a more restrictive time limit has been established to prevent loss of remedy or the issue becoming moot. |
| ☐ | **Repetitive:** You submitted this issue previously on *Regular Grievance #* |
| ☐ | **Group Complaints or Petitions:** You must submit a grievance on your own behalf. You cannot file a grievance with a group. |
| ☐ | **Photocopy/Carbon Copy:** You did not submit the original grievance documents. |
| ☐ | **Informal Complaint Process:** You failed to use the informal complaint process and must submit a *Written Complaint* on this issue, or your issue submitted on this grievance is not the same issue addressed in your *Written Complaint* or supporting documentation, or you failed to use the informal complaint process. You must first submit a *Written Complaint* on this issue. |
| ☐ | **Insufficient Information:** (Not to include Medical, Sexual Abuse, and Sexual Assault). You must provide the following information within 5 days before the grievance can be processed: _____ |
| ☐ | **Request for Services** (Explain how issue should be addressed): |

*RECEIVED OCT 1 0 2024 Grievance Dept.*

Institutional Ombudsman Signature _____    Grievance Date **10/10/24**

**Appeal of Intake Decision**
(If you disagree with the intake decision, you have 5 days from date of receipt to submit this grievance for further review by the Regional Ombudsman.)

Regional Review of Intake Decision: The Regional Ombudsman's decision is final.

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1, *Inmate Grievance Procedure*. |
| ☐ | The intake decision is being overturned and the grievance is being returned to the Facility Unit Head for response. |
| ☐ | The intake decision is being returned to you because the 5-day time limit for review has been exceeded. |

Regional Ombudsman Signature **Cathy Meade**    OCT 2 2 2024    Date **10/15/2024**

*you are following Yep as to progress to the Right Level.*

**Withdrawal of Grievance:**
I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance there will be no further action on this issue and I will not receive a response to this grievance. I understand that I may resubmit this same issue once on a new *Regular Grievance* if the original 30-day time limit has not expired.

Inmate Signature: _____    Date: _____

Staff Witness: _____    Date: _____



| VIRGINIA DEPARTMENT OF CORRECTIONS | Facility Request 801_F3_2-22 |

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Brandon Crosby  DOC Number: 1779544

Housing Unit C-607U  Date: 10/14/24

To: R.O  or  Regional Ombudsman

Staff Member Name  Department

Request For: ☐ Appointment ☐ Information ☐ Services ✓ Other: Intake Appeal

Summary (Please Print): Thank you for your Ignorance. The whole point of this program according to 830A Lop is to rehabilitate Us into population, how are you Doing Such By Giving us a Book and leaving Us in the cell? And if that Doesn't Personally affect me, you guys need to go Back to School

X _____ w/prejudice

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No  Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

Staff Respondent Name  Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS  Revision Date: 2/15/22

*Exhibit (9)(A)*

24-1068                                                                    ROSP-2024-0579



# COMMONWEALTH OF VIRGINIA

### Department of Corrections
*Division of Field Operations*
*Western Regional Office*

Gregory Holloway
Regional Operations Chief

3313 Plantation Road NE
Roanoke, Virginia 24012
(540) 561-7050

September 2, 2024

Crosby, Brandon, #1779544 (111B)   *A 50 8*
Red Onion State Prison
10800 H. Jack Rose Highway
Pound, VA 24279

Mr. Crosby,

In a review of all the information available in VACORIS, as well as a review of the recorded disciplinary hearing associated with case number ***ROSP-2024-0579***, the following conclusions have been reached:

Contentions submitted are simply facsimiles of contentions already addressed in your Level I Appeal Response. The purpose of the Level II Appeal is not to allow you to continue arguing the facts of your case but to address contentions or issues that were not answered and to determine whether a procedural error occurred that prevented you from being afforded your due process rights. No due process violations or procedural errors were discovered during this review.

Your desire to speak with a Sergeant regarding the information in the PREA notification holds no merit in returning the form to Officer Deel. Determining whether the PREA notification is legal correspondence is also irrelevant to the case. Officer Deel gave you the PREA notification form and requested your signature. The fact that you did not return the form to Officer Deel after signing it is the issue for which you failed to provide a proper defense. Consequently, the charge will be **UPHELD** based on the greater weight of the evidence against you. The fact that you eventually returned the form to the Serving Officer at the service of your *Disciplinary Offense Report* is irrelevant.

To this end, no further review of this appeal is available per Operating Procedure 861.1.

Sincerely,

*TFM/MRJ*

Thomas Meyer
Regional Administrator

TFM/hrs


cc:   David Anderson, Warden – RED ONION STATE PRISON

*Exhibit (9)(B)*



VIRGINIA
DEPARTMENT OF CORRECTIONS

Disciplinary Appeal 861_F8_9-23

## Disciplinary Appeal

Log Number (For Inmate Discipline Use Only): **24-1048**   C305

Brandon Crosby _____   1.774544   Rosp-2024-0579   111B
**Appellant Name**   **DOC Number**   **Case Number**   **Offense Code**

**Instructions For Filing:** Indicate any procedural errors, which may have occurred during the adjudication of this charge that warrant a dismissal or rehearing of your charge. On the back of this form is space, which can be used to raise any additional issues which you feel prevented you from exercising your due process rights. Please note that in order for your appeal to be accepted, you must submit your appeal no later than fifteen (15) calendar days after receiving your appeal packet. You can find a complete set of instructions for filing your appeal in the back of Operating Procedure 861.1, *Inmate Discipline*.

**RECEIVED**
**MAY 1 5 2024**
ROSP Operations

### Appeal Contentions (Check all that apply)

| | |
|---|---|
| ☐ | Hearings Officer was a firsthand witness to the commission or initial investigation of the offense |
| ☐ | The penalty imposed for the charge was not one allowed by operating procedure |
| ☐ | The Reporting Officer did not testify at the hearing (Cat I Offenses) or via Response Form (Cat II Offenses) |
| ☐ | A *Disciplinary Offense Mental Health Screening_F2* was not completed prior to service of the charge (where applicable) |
| ☐ | The *Disciplinary Offense Report* was not properly served within the required time frame |
| ☐ | The accused was denied access to an advisor prior to the hearing |
| ☐ | The disciplinary hearing was held outside the allowed time frame, and an Authorized Continuance was not issued |
| ☑ | The accused was denied access to credible witnesses or valid (non-restricted) evidence |
| ☐ | The accused was denied the right to attend the disciplinary hearing |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.5, I.(4.)(2)-(9* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.6, II.(4.)(1-2)(c* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.16 VI.(D) 1-2)* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.17 IX.(C.)(1)-(4.* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.21 X (G)* |

**OFFENDER DISCIPLIN** JUN 17 2024 **RECEIVED**

### Receipt of Level I Appeal

Level I Appeal Submitted By: _____ 4/0/rekrice   Date Submitted: 5/12/24

Level I Appeal Received By: KD우6 AMA   Date Received: 5/15/24

Your Level I Appeal Has Been:   ☑ Accepted
☐ Rejected (See Attached Memorandum)

Date Resubmitted: _____

Appeal Resubmission Received By: _____   Date Received: _____

Your Level I Appeal Has Been:   ☐ Accepted
☐ Rejected (You may appeal to Level II)

**Note:** You have fifteen (15) calendar days from the date you A) receive a Level I Appeal Response, or B) receive notice that your Level I Appeal has been rejected a second time, to submit a Level II Appeal to the Inmate Discipline Unit. Failure to appeal in a timely manner may result in the rejection of your Level II Appeal.



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Disciplinary Appeal** 861_F8_9-23

In the spaces provided below, you can provide additional information about any appeal contentions related to the charge in question, which you did not already indicate on page 1 of your *Disciplinary Appeal*. You must list each factual statement separately, and your response is limited to the space provided.

| | |
|---|---|
| Issue #1 | Pursuant to Pg.5, I, (A.)(2.)(a.), There is no Valid Contract Signed By Defendant, nor Jurisdiction present to hold him liable of Any Alleged Violations. Therefore any charge is Void Abnitio, Given the reason why your Policy says MUST sign. Therefore This Charge Shall Be Dismissed. |
| Issue #2 | Pursuant to Pg.16 VII. (D.)(1-2), There must Be a Valid Justification for a Continuance of the Charge and if not must request one within 3 days, from the Disciplinary Unit, This Justification is not Valid and is Challenge and is a procedural Due Process error, That Concludes to Reversal of Charge and a question of H/o's Ethical Behavior. Therefore This Charge Shall Be Dismissed |
| Issue #3 | Pursuant to Pg.6 II. (A)(1-2)(a.-d.); Pg.17 IX. C. (1.)·(a.-d.); Pg.21 X.(G.), Defendant has a right to Prepare a Defense and produce exculpatory Evidence, On 7/22/24 @ approx: 2:50pm he turned in his witness form to (R/o) Coobarate his story and Prove that Reporting officers Statements Where not true and he wasn't Credible. He Stated that Defendant never asked for a Sgt., But he did and the witnesses would have Confirmed it, the R/o also Stated if Defendant asked for a Sgt. he would have called one, R/o left |
| ~~Issue #4~~ Issue #3 Cont. (I.e paper Belongs to state) | and this Allegedly "Stolen" Paper was given to Sgt. Taylor @ 7:50pm (The next Supervisor to come in the pod). The meaning of Steal is- "To take (personal property) illegally with the intent to keep it Unlawfully." This is not the Case, Defendant asked for a Supervisor, the R/o Denied him "Because the Decision was false, and he turned the Paper in so he had no intent to Unlawfuly Posess it. This Denial of evidence is Critical to the outcome Because the R/o was 'her only evidence'. Given the facts Stated herein and Violation of Sections mentioned this Charge Shall Be |
| ~~Issue #5~~ Issue #3. Cont. | Dismissed. (Save Legal Correspondence log and Video of it Turned in to Sgt.) |



24-1069                                                                                    ROSP-2024-0645



# COMMONWEALTH OF VIRGINIA

### Department of Corrections
*Division of Field Operations*
*Western Regional Office*

Gregory Holloway
Regional Operations Chief

3313 Plantation Road NE
Roanoke, Virginia 24012
(540) 561-7050

September 2, 2024

Crosby, Brandon, #1779544 (111B)   C 508
Red Onion State Prison
10800 H. Jack Rose Highway
Pound, VA 24279

Mr. Crosby,

In a review of all the information available in VACORIS, as well as a review of the recorded disciplinary hearing associated with case number *ROSP-2024-0645*, the following conclusions have been reached:

Contentions submitted are simply facsimiles of contentions already addressed in your Level I Appeal Response. The purpose of the Level II Appeal is not to allow you to continue arguing the facts of your case but to address contentions or issues that were not answered and to determine whether a procedural error occurred that prevented you from being afforded your due process rights. No due process violations or procedural errors were discovered during this review.

Your desire to speak with a Sergeant regarding the information in the PREA notification holds no merit in returning the form to Officer Deel. Officer Deel gave you the PREA notification form and requested your signature. The fact that you did not return the form to Officer Deel after signing it is the issue for which you failed to provide a proper defense. Consequently, the charge will be **UPHELD** based on the greater weight of the evidence against you. The fact that you eventually returned the form to the Serving Officer at the service of your *Disciplinary Offense Report* is irrelevant.

To this end, no further review of this appeal is available per Operating Procedure 861.1.

Sincerely,

*TFM/MRN*

Thomas Meyer
Regional Administrator

TFM/hrs

cc:   David Anderson, Warden – RED ONION STATE PRISON



| VIRGINIA | Disciplinary Appeal 861_F8_9-23 |
| DEPARTMENT OF CORRECTIONS | |

## Disciplinary Appeal

**Log Number (For Inmate Discipline Use Only):** **24-1069**   *C305*

_Brandon Crosby_ _____   __1729544__   _ROSP-2024-0645_   _111B_
**Appellant Name**   **DOC Number**   **Case Number**   **Offense Code**

**Instructions For Filing:** Indicate any procedural errors, which may have occurred during the adjudication of this charge that warrant a dismissal or rehearing of your charge. On the back of this form is space, which can be used to raise any additional issues which you feel prevented you from exercising your due process rights. Please note that in order for your appeal to be accepted, you must submit your appeal no later than fifteen (15) calendar days after receiving your appeal packet. You can find a complete set of instructions for filing your appeal in the back of Operating Procedure 861.1, *Inmate Discipline.*

**RECEIVED MAY 1 5 2024 ROSP Operations**

## Appeal Contentions (Check all that apply)

| | |
|---|---|
| ☐ | Hearings Officer was a firsthand witness to the commission or initial investigation of the offense |
| ☐ | The penalty imposed for the charge was not one allowed by operating procedure |
| ☐ | The Reporting Officer did not testify at the hearing (Cat I Offenses) or via Response Form (Cat II Offenses) |
| ☐ | A *Disciplinary Offense Mental Health Screening_F2* was not completed prior to service of the charge (where applicable) |
| ☐ | The *Disciplinary Offense Report* was not properly served within the required time frame |
| ☐ | The accused was denied access to an advisor prior to the hearing |
| ☐ | The disciplinary hearing was held outside the allowed time frame, and an Authorized Continuance was not issued |
| ☑ | The accused was denied access to credible witnesses or valid (non-restricted) evidence |
| ☐ | The accused was denied the right to attend the disciplinary hearing |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.5 I.(A)(2)(a)* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.6 II.(A)(1-2)(a)* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.16 VI.(D)(1-2)* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.17 IX.(C)(1)(a..* |
| ☑ | Please cite any additional portion of procedure which you feel requires review (Section # and Letter) - *Pg.21 X(G)* |

*[sideways stamp: OFFENDER DISCIPLINE UNIT JUN 2024 REC'D]*

## Receipt of Level I Appeal

Level I Appeal Submitted By: _____w/a prejudice_____   Date Submitted: __5/12/24__

Level I Appeal Received By: _____K Duty AMA_____   Date Received: __5/15/24__

Your Level I Appeal Has Been:   ☑ Accepted
☐ Rejected (See Attached Memorandum)

Date Resubmitted: _____

Appeal Resubmission Received By: _____   Date Received: _____

Your Level I Appeal Has Been:   ☐ Accepted
☐ Rejected (You may appeal to Level II)

**Note:** You have fifteen (15) calendar days from the date you A) receive a Level I Appeal Response, or B) receive notice that your Level I Appeal has been rejected a second time, to submit a Level II Appeal to the Inmate Discipline Unit. Failure to appeal in a timely manner may result in the rejection of your Level II Appeal.



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

**Disciplinary Appeal** 861_F8_9-23

In the spaces provided below, you can provide additional information about any appeal contentions related to the charge in question, which you did not already indicate on page 1 of your *Disciplinary Appeal*. You must list each factual statement separately, and your response is limited to the space provided.

| | |
|---|---|
| Issue #1 | Pursuant to Pg.5 I., (A.)(2.)(a), There is no Valid Contract Signed By Defendant, nor Jurisdiction present to hold him liable of any Alleged Violations. Therefore any Charge is <u>Void abnitio</u>, Given the reason why your Policy says <u>must sign</u>. Therefore this Charge Shall be Dismissed. |
| Issue #2 | Pursuant to, Pg.14 VII.(D.)(1-2), There must be a Valid Justification for a Continuance of the Charge and if not, must request one within 3 days from the Disciplinary unit, This Justification is not Valid and is Challanged and is a Procedural Due process error. That concludes this Charge Shall be reversed and dismissed, including Questioning the H/O's Ethical Behavior. |
| Issue #3 | Pursuant to Pg.6 II.(A)(1-2)(a-d); Pg.17 IX.C.(1.)(a-d); Pg.21 X.(G.), Defendant has a right to prepare a Defense and produce exculpatory Evidence, On 2/28 @approx. 6:55Am he turned in his Witness form to Sgt. Hall, to Co-Obarate his story and prove that reporting officers Statements Where not true and he wasn't Credible. He Stated that Defendant never asked for a Sgt., But he did and the witnesses would have Confirmed it, The r/o also Stated if Defendant would have asked for a Sgt. he would have Called one, the r/o then left and |
| ~~Issue#3~~ Issue#3 Cont. | this Allegedly "Stolen" paper was turned in to Sgt. Hall @ appox 6:55Am The Next Day (The next Supervisor Defendant Sam) The meaning of steal is - "To take (Personal property) illegally with the intent to keep it unlawfully." This is not the Case, Defendant asked for a Supervisor, the r/o Denied him Because the Decision was False, and he turned the paper (I.e which Belonged to the State) in so he had no intent to Unlawfully possess it. This <u>Denial of evidence is Critical</u> to the outcome Because the r/o was her only evidence. Given the facts Stated herein and Violations of |
| ~~Issue#3~~ Issue#3 Cont. | Sections mentioned this Charge Shall Be Dismissed. (<u>Save Legal Correspondence log</u> and Video of it turned in to Sgt.). |

Exhibit (11)

**STATE OF VIRGINIA**                                      Date: 7-31-24

## AFFIDAVIT

I, _Jevon Williams_ , do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I do hereby state that:

On or about, _7-17-24, I was at my door in C-507 when investigator Deel was serving Mr. Crosby in C-508 his legal mail, and I heard Mr. Crosby ask Deel "why did you lie at my hearing?" Deel then told Crosby, "I had to, It was'nt personal." Then on 7-18-24 While Deel was serving Mr. Crosby legal mail again and Mr. Crosby asked Deel "Did you save the video I requested?" Deel stated "yes" Crosby then stated "I don't believe you." Deel told Crosby "come on, are you going to let that go? It was only two charges!" At all times of this incident, I was at my door C-507 and fully attentive to my surroundings._

_Jevon Willin_
Respectfully signed and submitted

Subscribed and sworn to before me on this _31st_ day of _July_ , _2024_ by
_Jevon Williams_ .

_Christopher L. Cox_
Signature of Notary Public

My Commission Expires on _9-30-2025_ .

CHRISTOPHER L. COX
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7940048
My Commission Expires Setember 30. 2025

STATE OF VIRGINIA

DATE: 10-2-24

## AFFIDAVIT

I, Jervod Simmons , do hereby state that the following events took place, and that this affidavit is made of my own free will and under penalty of law. I do hereby state that:

On or about, On 9-11-24 Approx 1:00pm investigator deel served inmate Crosby legal mail At the time I over heard Crosby ask deel if he was going to lie About the stabbing charges in court And he stated I Already lied once so I have no problem doing it Again. During the Above mentioned I was Alert And Attentive. I'm housed in cell #623 right next to Crosby cell #624.

_Jervod Simmons_
*Respectfully signed and submitted*

Subscribed and sworn to before me on this 2nd day of Oct 2024, by

Jervod Simmons

*Signature of Notary Public*

My Commission expires on 4/30/28 .

[Notary seal: B N JONES NOTARY PUBLIC REG. #8120931 MY COMMISSION EXPIRES 4/30/2028 COMMONWEALTH OF VIRGINIA]

I certify that the above notary is not a party to this action.

_Jervod Simmons_
Inmate Signature

Exhibit 13

STATE OF VIRGINIA

Date: 10/18/24

## AFFIDAVIT

I, Anthony Echevarria, do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I - do hereby state that:

On or about, ON 10/15/24 Between 11AM And 2PM I WAS at the front of my cell Door C-626 1 DOOR Down from inmate CROSBY. When investigator Deel Began to walk towards my cell I heard inmate CROSBY yell telling him he forgot the legal correspondance sheet. investigator Deel walked Back and got it and I couldnt hear exactly what CROSBY said But when investigator Deel Began to walk towards my cell he said "if you wouldnt have said anything I would have Just Wrote you a charge saying you stole it" He then walked off and served mail to cell 634

Respectfully signed and submitted

Subscribed and sworn to before me on this ___1$___ day of ___Oct___, ___2024___ by

Anthony Echevarria.

Signature of Notary Public

My Commission Expires on 4/30/28

B N JONES
NOTARY PUBLIC
REG. #8120931
MY COMMISSION EXPIRES
4/30/2028
COMMONWEALTH OF VIRGINIA

[...] is not a party to this action

[...] ature

I certify that the above notary is not a party to this action.

Inmate Signature

STATE OF VIRGINIA                                         Date: 11-15-24

## AFFIDAVIT

I, Jervod Simmons , do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I do hereby state that:

On or about, I'm currently housed directly beside inmate Crosby in Cell# 623. On 10-15-24 approx. between 12p and 2pm Investigator Doel brought legal mail to inmate Crosby Cell C-624 he was in the process of leaving until inmate Crosby called him and said he forgot the legal mail sheet we gotta sign for legal mail. Investigator Doel mentioned if Crosby hadn't said anything about the sheet he would have wrote him a charge for stealing and lied about it. He then left and went to another cell to pass legal mail I assume.

_Jervod Simmons_
Respectfully signed and submitted

Subscribed and sworn to before me on this  15  day of  Nov. ,  2024  by

_Jervod Simmons_

_Signature of Notary Public_

My Commission Expires on  4/30/28

B N JONES
NOTARY PUBLIC
REG. #8120931
MY COMMISSION EXPIRES 4/30/2028
COMMONWEALTH OF VIRGINIA

I certify that the above notary is not a party to this action.

_Jervod Simmons_
Inmate Signature

Exhibit 15

STATE OF VIRGINIA                                    Date: 11-5-24

## AFFIDAVIT

I, Diairion Davis #1199424 do hereby state that the following events took place, and that this affidavit is made of my own free will and under the penalty of law. I do hereby state that:

On or about, 10-15-24 between 11am and 2pm, I was at the front of my cell C6-25 directly beside inmate Crosby and Investigator Deel was delivering B.Crosby his legal mail. After he finished he went to walk off but Crosby called him back and told him he forgot the legal correspondance sheet we have to sign for retrieval of Legal Mail. Crosby told him "he was slipping" and Investigator Deel said "If you wouldn't have said anything, I would have just lied and wrote you a charge saying you stole it." He then walked off and sented mail to cell C6-24.

_____
Respectfully signed and submitted

Subscribed and sworn to before me on this 6 day of November 2024 by

Diarion Davis

_____
Signature of Notary Public

My Commission Expires on 4/30/28

B N JONES
NOTARY
PUBLIC
REG. #8120931
MY COMMISSION
EXPIRES
4/30/2028
COMMONWEALTH OF VIRGINIA

I certify that the above notary is not a party to this action.

_____
Inmate Signature

*Exhibit 16(t)*



# COMMONWEALTH *of* VIRGINIA

CHADWICK S. DOTSON
DIRECTOR

*Department of Corrections*

P.O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

September 10, 2024

Brandon Crosby, #1779544
Red Onion State Prison
10800 H. Jack Rose Highway
P. O. Box 970
Pound, VA  24279

**RE: FORMS, ETC.**

Mr. Crosby:

Our unit has received a copy of *Certificate of Service, Notice of Claim, Statement of Claim, Relief Requested,* and copies of your *Disciplinary Offense Reports* for ROSP-2024-0579, 0645.

There is nothing in this paperwork for my unit to address.

Sincerely,

Karen Stapleton
Inmate Discipline Manager

Dear, Ms. Karen Stapleton

RECEIVED
SEP 17 2024
OFFENDER DISCIPLINE UNIT

Please Take Notice that this is an Informal Attempt to Remedy this Due process Violation that occured in Case Numbers Bosp-2024-0579 (11B) and Bosp-2024-0579? as well as you Gugs Willingness to enforce a Contractual Obligation on me when I never Signed any agreement without reserving my rights, if my Reciept is reviewed It says "W/o Prejudice" and even Your "own" Policy on Pg5 § I.(2) States "must sign". This Violates 801.1 and 5-ACI-3C-03.

My Doe Process rights Provide me with a right to gather and Present Evidence, in which I was Denied this right. These Charges Were the only Charges I had at the time. I provided Dates and times including what Sgt. I gave it to. But for Some reason I was Denied the right to recieve Statements from my witnesses whos Statements which would prove the Reporting officers Statement Incredible, Shifting the weight of evidence in my favor. The IHO had the power to Adjourn the Hearing to get these Statements But She didnt.

You have a Duty to insure we Recieve a impartial fair Decision Based off "facts" and a Breach of that Duty Creates liability on All who Condone in this Injustice, especially Supervisors who are held to A Higher Standard and must Know Clearly established law, meaning all actions will Be Considered Done with a Culpable State of mind. You have the Jurisdiction to Remedy this wrong as Please let me Know what Decision You will make within 10 working Days So I know/plan for my Next form of Action. Thanks

Respectfully
W/o Prejudice



# COMMONWEALTH of VIRGINIA

CHADWICK S. DOTSON
DIRECTOR

*Department of Corrections*

P.O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

October 22, 2024

Brandon Crosby, #1779544
Red Onion State Prison
10800 H. Jack Rose Highway
P. O. Box 970
Pound, VA  24279

**RE: FORMS; ROSP-2024-0579 (111B) and ROSP-2024-0645 (1111B)**

Mr. Crosby:

On September 2, 2024, your Level II Appeals were answered and sent to you.
On September 10, 2024, another response letter was sent to you stating that "copies of your *Disciplinary Offense Reports* for ROSP-2024-0579, 0645" were received.  There is nothing in this paperwork for my unit to address.

On September 17, 2024, another correspondence was received from you about the same noted cases.

Upon careful review of all documents submitted, this office finds no violation of due process or procedural errors. No further appeal or review of correspondence is available to you. Even though you do not agree with the outcome of this case, the charges **will remain UPHELD.**

Sincerely,

C. C. Hurt
Appeal Writer
Inmate Discipline