# NOTICE

## Abdullah Badie
## PRO SE LITIGANT

July 11, 2025

Clerk, U.S. Dist. Ct. For the W. Dist. Of VA.

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JUL 18 2025
LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

RE: 7:25CV339, 7:24CV845, 7:24CV801, 7:24CV234, 7:23CV124.

This is a notification that Plantiff nor Counsels Address has Changed But His Institution has Implemented a "Pilot" program wanting to Destroy his legal in which Counsel has Challenged in this Court, if he doesnt Allow them to Destroy Such mail they return it to this Court or any Court. This notice is sent just to inform this Court so none the Above-Styled Matters are Dismissed. If any Questions arise or Any Information needed Please let me know.

Respectfully
AB Sh/W/Prejudice

Obedullah Badie
Red Onion State Prison
P.O. Box 970
Pound, VA 24279

VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED ITEM THEREFORE, THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

CHARLOTTE NC LPC 281
16 JUL 2025 PM 05
FIRST-CLASS



US POSTAGE PITNEY BOWES
ZIP 24279 $ 000.74
02 7W
0008039583 JUL 15 2025

Clerk, U.S. Dist. Ct. of W.
Dist. OF Va.
210 Franklin Rd. Rm. 540
Roanoke VA, 24011

RECEIVED
JUL 18 2025
USDC Clerk's Office
Mail Room

24011-220999

*LEGAL MAIL*